UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3579
_____

UNITED STATES OF AMERICA

v.

TOMAS LIRIANO CASTILLO,
                                   Appellant
_____

On Appeal from the District Court of the
Virgin Islands
(D.C. No. 3-16-cr-0029-001)
District Judge:  Hon. Curtis V. Gomez
_____

Argued April 9, 2019

Before:   SMITH, *Chief Judge*, JORDAN and RENDELL, *Circuit Judges*.

(Filed: May 9, 2019)
_____

ORDER AMENDING OPINION
_____

IT IS ORDERED that the slip opinion in the above case, filed May 9, 2019, be amended as follows:

Page 1 of the caption, line 22:

"DiRusso" should be replaced by "DiRuzzo".

By the Court,

  s/  Kent A. Jordan
Circuit Judge

Dated: May 22, 2019
Tmm/cc: Joseph A. DiRuzzo, III, Esq.
William Glaser, Esq.
Sigrid M. Tejo-Sprotte, Esq.
Daniel Lader, Esq.
Gregory M. Lipper, Esq.